1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

| | | |
|---|---|---|
| 12 | NICOLE R. CHEATHAM, ) | CASE NO. CV 09-3917 AGR |
| 13 | Plaintiff, ) | |
| | ) | JUDGMENT |
| 14 | vs. ) | |
| 15 | MICHAEL J. ASTRUE, Commissioner of ) | |
| | Social Security Administration, ) | |
| 16 | ) | |
| | Defendant. ) | |
| 17 | _____ ) | |

18      In accordance with the Memorandum Opinion filed concurrently herewith,

19      IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

20   Commissioner of Social Security Administration.

21

22   DATED: August 9, 2010                          _Alicia G. Rosenberg_

23                                   ALICIA G. ROSENBERG
                                     UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28